IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


ALLAH U. AKBAR,                                                                    PLAINTIFF
ADC #82031

VS.                                    CASE NO. 5:08CV00127 SWW

SHERRY ENDERLE, et al.                                                   DEFENDANTS

## ORDER

    The Court has reviewed the Proposed Findings and Recommended Disposition

received from Magistrate Judge Henry L. Jones, Jr., the timely objections thereto, as well as

a de novo review of the record.  The Findings and Recommendations are adopted in their

entirety as this Court's findings.   Judgment shall be entered accordingly.


    SO ORDERED this 23rd day of May 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE